1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RAYMOND GLADDEN,

10               Petitioner,              No. CIV S-04-1866 FCD GGH P

11        vs.

12   D.L. RUNNELS, et al.,

13               Respondents.            <u>ORDER</u>

14   _____/

15               Counsel for petitioner has requested an extension of time to file and serve a

16   traverse[1] pursuant to the court's order of March 30, 2005.  Good cause appearing, IT IS

17   HEREBY ORDERED that:

18               1.  Petitioner's April 4, 2005 request for an extension of time is granted; and

19               2.  Petitioner shall file and serve a traverse on or before May 2, 2005.

20   DATED: 4/18/05

21

22                                       /s/ Gregory G. Hollows
                                         _____
23                                       GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

GGH:bb/glad1866.111+

24

25        [1] Every document submitted conventionally to the court must include a certificate stating
     the date an accurate copy of the document was mailed to respondent or his attorney and the
26   address to which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).