1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11   RAYMOND GLADDEN,

12              Petitioner,                    No. CIV S-04-1866 EJG GGH P

13         vs.

14   D.L. RUNNELS,                                    ORDER

15              Respondents.

16   _____/

17              Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  In 1995 petitioner was convicted of kidnapping for extortion and

19   murder.  Petitioner is serving a sentence of life without the possibility of parole plus 22 years.

20   Pending before the court is respondent's August 4, 2006, motion to file an amended answer

21   noticed for hearing October 5, 2006.

22              Petitioner was originally represented by attorney Frank Prantil who has since been

23   disbarred.  In light of the length of petitioner's sentence, the court has determined that the

24   interests of justice require appointment of new counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see

25   also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Respondent's motion is vacated

26   pending resolution of the issue of petitioner's representation.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Respondent's August 4, 2006, motion to amend is vacated; the hearing set

3  before the undersigned for October 5, 2006, regarding this motion is vacated;

4          2.  The Federal Defender is appointed to represent petitioner;

5          3.  Within thirty days of this order, petitioner's counsel shall file a status report

6  addressing when an opposition to respondent's motion will be filed.

7          4.  The Clerk of the Court shall electronically serve a copy of this order on David

8  Porter, Assistant Federal Defender.

9  DATED: 8/15/06

                                            /s/ Gregory G. Hollows
10
                                            _____
11                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
12

13  ggh:kj
    gla1866.vac
14

15

16

17

18

19

20

21

22

23

24

25

26