IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND GLADDEN,

    Petitioner,                   No. CIV S-04-1866 FCD GGH P

    vs.

D.L. RUNNEL, et al.,

    Respondents.              <u>ORDER</u>

_____/

        On September 13, 2006, petitioner filed a status report requesting until October 30, 2006, to file an opposition to respondent's motion to amend the answer.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's opposition to respondent's motion to amend is due on or before October 30, 2006; respondent may file a reply within twenty days thereafter.

DATED: 9/20/06

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

ggh:kj
glad1866.ord