IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GLADDEN,<br><br>        Petitioner,<br>  v.<br>D.L. RUNNELS,<br><br>        Respondent. | No. CIV S-04-1866 EJG GH-P<br><br>**ORDER** |

    Petitioners request for extension of time in which to file his opposition to respondent's motion to amend answer having been considered and good cause appearing,

    IT IS HEREBY ORDERED that petitioner's opposition to respondent's motion to amend answer shall be filed on or before November 29, 2006.

Dated:11/7/06                      /s/ Gregory G. Hollows
                                                                     _____
                                                                     United States Magistrate Judge

gla1866.eot