IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GLADDEN,<br><br>        Petitioner,<br>  v.<br><br>D.L. RUNNELS,<br><br>        Respondent. | No. CIV S-04-1866 EJG GGH-P<br><br>**ORDER.** |

    Petitioner's request for extension of time in which to file his opposition to respondent's motion to amend answer having been considered and good cause appearing,

    IT IS HEREBY ORDERED that petitioner's opposition to respondent's motion to amend answer shall be filed on or before December 29, 2006.

Dated: 12/4/06                              By /s/ Gregory G. Hollows
                                                            United States Magistrate Judge

gla1866.eot(2)