1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RAYMOND GLADDEN,

11              Petitioner,              No. CIV S-04-1866 FCD GGH P

12        vs.

13    D.L. RUNNELS, et al.,

14              Respondents.            ORDER

15    _____/

16              On January 16, 2007, respondent filed a request for an extension of time to file a

17    reply to petitioner's opposition to the motion to amend the answer.

18              Accordingly, IT IS HEREBY ORDERED that respondent's reply is due within

19    thirty days of the date of this order.

20    DATED:   2/7/07

21                                       /s/ Gregory G. Hollows

22                                       _____
                                         UNITED STATES MAGISTRATE JUDGE

23

      glad1866.eot
24

25

26

                                          1