IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GLADDEN,<br><br>        Petitioner,<br>  v.<br><br>D.L. RUNNELS,<br><br>        Respondent. | No. CIV S-04-1866 EJG GGH-P<br><br>**ORDER.** |

      Petitioner's request for extension of time in which the parties may file their Objections to the Findings and Recommendations having been considered and good cause appearing,

      IT IS HEREBY ORDERED that both petitioner and respondent shall file any objections to the Findings and Recommendations in this matter on or before June 5, 2007.  Any reply to the objections shall be filed within 10 days after service of the objections.

Dated: 5/15/07                                     /s/ Gregory G. Hollows
                                                                    _____
                                                                    United States Magistrate Judge

glad1866.eot